Dismissed and Memorandum Opinion filed November 12, 2004









Dismissed and Memorandum Opinion filed November 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00020-CV

____________

 

GRACIANO
SOTO RAMIREZ and

CLEOFAS
GONZALES CARDONA and MARIA GUADALUPE

REVELES
PIEDRA DE LA LUZ REVELES PIEDRA and

JUAN
MANUEL REVELES PIEDRA and

MARIA
GUADALUPE VAQUERA PERALES a/n/f

GUARDIAN
MINORS LAURA MARIBEL SOTO VAQUERA, ET AL., Appellants

 

V.

 

BRUCE
L. JAMISON, ET AL., Appellees

 



 

On
Appeal from the 80th District Court

Harris
County, Texas

Trial
Court Cause No. 01-46958

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 11,
2002.  On July 10, 2004, this court
granted appellees= motion to abate, and we issued an order, abating the appeal
until final resolution of the underlying enforcement action.








On November 8, 2004, appellants filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  We lift the abatement, reinstate the case on
the docket, and grant appellants= 
motion to dismiss.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 12, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.